# United States Bankruptcy Court
## Middle District of Florida-Fort Myers Division

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**W.B. Home Builders, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA William H. Berry, Jr.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-1610569** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**18465 Tulip Road**<br>**Fort Myers, FL**     ZIP Code **33967** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    **18465 Tulip Rd.**<br>**Fort Myers, FL 33967** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**    **\*\*\* Robert L. Vaughn 0909858 \*\*\***

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **W.B. Home Builders, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ <br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**W.B. Home Builders, Inc.**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X **/s/ Robert L. Vaughn**
Signature of Attorney for Debtor(s)

**Robert L. Vaughn 0909858**
Printed Name of Attorney for Debtor(s)

**Robert L. Vaughn, Esq.**
Firm Name

**2080 Collier Ave**
**Fort Myers, FL 33901**

_____
Address

**Email: robertlvaughnesq@earthlink.net**
**239-936-9393  Fax: 239-936-9237**
Telephone Number

**January 14, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ William H. Berry, Jr.**
Signature of Authorized Individual

**William H. Berry, Jr.**
Printed Name of Authorized Individual

**Owner/President**
Title of Authorized Individual

**January 14, 2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Florida-Fort Myers Division

In re    **W.B. Home Builders, Inc.**                           Case No. _____

                                   Debtor             Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.49 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 627,227.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 73.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 151,718.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 0.49 | | |
| Total Liabilities | | | | 779,018.00 | |

.

# United States Bankruptcy Court
## Middle District of Florida-Fort Myers Division

In re    **W.B. Home Builders, Inc.** _____ ,
   Case No. _____

Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re  **W.B. Home Builders, Inc.**                                    ,     Case No. _____

                                         Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **RESIDENTIAL HOME TO BE SURRENDER**<br>**549 Bourse Circle**<br>**Lehigh Acres, FL 33974** | **Fee simple** | - | **Unknown** | **202,000.00** |
| **RESIDENTIAL HOME TO BE SURRENDERED**<br>**559 Bourse Circle**<br>**Lehigh Acres, FL 33936** | **Fee simple** | - | **Unknown** | **216,398.00** |
| **RESIDENTIAL HOME TO BE SURRENDERED**<br>**3101 Wanda Ave, S**<br>**Lehigh Acres, FL** | **Fee simple** | - | **Unknown** | **110,000.00** |
| **RESIDENTIAL HOME TO BE SURRENDERED**<br>**3206 43rd St SW**<br>**Lehigh Acres, FL** | **Fee simple** | - | **Unknown** | **98,829.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **W.B. Home Builders, Inc.**                         ,       Case No. _____

                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business checking acc't-WB Home Builders, Inc. Acc't No. x-8175** | - | 0.49 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                Sub-Total >      **0.49**

                                          (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

In re __W.B. Home Builders, Inc.__ ,    Case No. _____

                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re    **W.B. Home Builders, Inc.**                             ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|:---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >      **0.00**

(Total of this page)

Total >      **0.49**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re   **W.B. Home Builders, Inc.**               ,    Case No. _____

                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **x-1006** <br><br> **Busey Bank, N.A.** <br> **1490 Tamiami Trail** <br> **Pt. Charlotte, FL 33948** | | - | | | Mortgage <br><br> RESIDENTIAL HOME TO BE SURRENDERED <br> 3206 43rd St SW <br> Lehigh Acres, FL | X | X | X | | |
| | | | | | Value $           **Unknown** | | | | 98,829.00 | Unknown |
| Account No. **x-8463** <br><br> **Countrywide Home Loans** <br> **Post Office Box 5170** <br> **Simi Valley, CA 93062-5170** | | - | | | Mortgage <br><br> RESIDENTIAL HOME TO BE SURRENDERED <br> 559 Bourse Circle <br> Lehigh Acres, FL 33936 | X | X | X | | |
| | | | | | Value $           **Unknown** | | | | 216,398.00 | Unknown |
| Account No. **x-2004** <br><br> **Florida Community Bank** <br> **155 N. Bridge St.** <br> **LaBelle, FL 33935-5088** | | - | | | Mortgage <br><br> RESIDENTIAL HOME TO BE SURRENDERED <br> 3101 Wanda Ave, S <br> Lehigh Acres, FL | X | X | X | | |
| | | | | | Value $           **Unknown** | | | | 110,000.00 | Unknown |
| Account No. **x-6229** <br><br> **National City Mortgage** <br> **P.O. Box 533510** <br> **Atlanta, GA 30353** | | - | | | Mortgage <br><br> RESIDENTIAL HOME TO BE SURRENDER <br> 549 Bourse Circle <br> Lehigh Acres, FL 33974 | X | X | X | | |
| | | | | | Value $           **Unknown** | | | | 202,000.00 | Unknown |
|    **1**   continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 627,227.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

In re **W.B. Home Builders, Inc.** _____, Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No. | | | | | | | | |
| BAC Home Loans Servicing, LP P. O. Box 660625 Dallas, TX 75266 | | | Representing: National City Mortgage | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| Countrywide Bank P.O. Box 660694 Dallas, TX 75266-0694 | | | Representing: National City Mortgage | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 627,227.00 | 0.00 |

.

In re   **W.B. Home Builders, Inc.**            ,     Case No. _____

                                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                            **1**      continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           

In re **W.B. Home Builders, Inc.** ,  Case No. _____
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x-0443** | | | Business taxes | | | | | |
| Lee County Business Tax P. O. Box 1549 Fort Myers, FL 33902 | - | | | X | X | X | | 0.00 |
| | | | | | | | 73.00 | 73.00 |
| Account No. | | | | | | | | |
| Transworld Systems Post Office Box 1864 Santa Rosa, CA 95402 | | | Representing: Lee County Business Tax | | | | Notice Only | |
| Account No. **Unknown** | | | RESIDENTIAL HOMES TO BE SURRENDERED/NOTICE ONLY -549 Bourse Cir, Lehigh Acres, FL 33974 -559 Bourse Cir, Lehigh Acres, FL 33936 -3206 43rd St. SW, Lehigh Acres, FL 33971 -3101 Wanda Ave. S, Lehigh Acres, FL 33971 | | | | | | |
| Lee County Code Enforcement 1825 Hendry St., Bldg 2 Ft. Myers, FL 33901 | - | | | X | X | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. **Unknown** | | | RESIDENTIAL HOME TO BE RETAINED/NOTICE ONLY -549 Bourse Cir,Lehigh Acres, FL 33974 -559 Bourse Cir, Lehigh Acres, FL 33936 -3206 43rd St. SW, Lehigh Acres, FL 33971 -3101 Wanda Ave. S, Lehigh Acres, FL 33971 | | | | | | |
| Lee County Tax Collector P.O. Box 1609 Ft. Myers, FL 33902 | - | | | X | X | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 73.00 | 73.00 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 73.00 | 73.00 |

In re **W.B. Home Builders, Inc.** _____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Unknown** <br><br> **A Vulcan Materials Co.** <br> **South FL Region** <br> **P. O. Box 4667** <br> **Jacksonville, FL 32201** | | - | | | Trade Debt/Inv x-6229 | X | X | X | 8.00 |
| Account No. **unknown** <br><br> **ABC Supply Co. Inc.,** <br> **3801 Corporex Park Drive** <br> **Tampa, FL 33619** | | - | | | Trade Debt/Inv x-9014 | X | X | X | 3,305.00 |
| Account No. **Unknown** <br><br> **Affordable Septech Services** <br> **18841 Durrance Road** <br> **North Fort Myers, FL 33917** | | - | | | Trade Debt/Job WB03-08 | X | X | X | 5,020.00 |
| Account No. **Unknown** <br><br> **B & B Cool Air Inc.,** <br> **1511 Gretchen Ave, Ste A** <br> **Lehigh Acres, FL 33971** | | - | | | Trade Debt/Inv x-10608 | X | X | X | 3,475.00 |

___**13**___  continuation sheets attached

Subtotal
(Total of this page)                    **11,808.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:38649-091203    Best Case Bankruptcy

In re **W.B. Home Builders, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-9651** | | | **Credit Card Purchases** | | | | |
| **Bank of America** P.O. Box 15026 Wilmington, DE 19850-5026 | - | | | X | X | X | |
| | | | | | | | 556.00 |
| Account No. **unknown** | | | **Trade Debt/Inv x-1664** | | | | |
| **Bathcrest of SW Florida** 522 SW 26th Terrace Cape Coral, FL 33914 | - | | | X | X | X | |
| | | | | | | | 115.00 |
| Account No. **unknown** | | | **Trade Debt/Inv x- 0931, x-0945** | | | | |
| **Builders Truss Co.** 2800 Hunter Street Fort Myers, FL 33916 | - | | | X | X | X | |
| | | | | | | | 4,357.00 |
| Account No. **unknown** | | | **Trade Debt/** **Job #WB102, Inv x-1909** **Job #WB106, Inv x-2583** **Job #WB106, Inv x-2646** | | | | |
| **Cape Coral Plumbing, Inc.,** 5812 Enterprise Parkway Fort Myers, FL 33905 | - | | | X | X | X | |
| | | | | | | | 3,040.00 |
| Account No. **x-1007** | | | **Business Line of Credit/Cape Lumber** | | | | |
| **Capital Business Credit, LLC** 1700 Broadway, 19th Floor New York, NY 10019 | - | | | X | X | X | |
| | | | | | | | 4,357.00 |

Sheet no. __1__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 12,425.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **W.B. Home Builders, Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint, or Community | | | | | |
| Account No. | | | Representing:<br>Capital Business Credit, LLC | | | | Notice Only |
| STA International<br>333 Earle Ovington Blvd.<br>Suite 1025<br>P.O. Box 707<br>Uniondale, NY 11553 | | | | | | | |
| Account No. **Unknown** | | - | Trade Debt/Warranty Work | X | X | X | |
| Catherine Tuff &<br>James Riviera<br>4213 33rd St. SW<br>Lehigh Acres, FL 33976 | | | | | | | Unknown |
| Account No. **WE 33938** | | - | Returned check x-1907, x-1918 | X | X | X | |
| CCS Processing Center<br>P. O. Box 182237<br>Casselberry, FL 32718 | | | | | | | 389.00 |
| Account No. **x-3226** | | - | Collection Agency | X | X | X | |
| Certegy Payment Recovery<br>P. O. Box 30184<br>Tampa, FL 33630 | | | | | | | 210.00 |
| Account No. **x-1099** | | - | Trade Debt | X | X | X | |
| CFH Funding/Capital Temp<br>P. O. Box 100895<br>Atlanta, GA 30384 | | | | | | | 4,357.00 |

Sheet no. __2__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,956.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **W.B. Home Builders, Inc.**                                    ,          Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-2787** | | | Credit Card Purchases/Home Depot | | | | |
| **Citibank** **Post Office Box 6191** **Sioux Falls, SD 57117-6191** | | - | | X | X | X | 600.00 |
| Account No. | | | | | | | |
| **NCO Fiancial Systems Inc** **P. O. Box 61247** **Dept 64** **Virginia Beach, VA 23466** | | | Representing: Citibank | | | | Notice Only |
| Account No. **x-4157** | | | Credit Card Purchases/Baer's Furniture | | | | |
| **CitiFinancial** **c/o Bankruptcy Dept.** **P. O. Box 140489** **Irving, TX 75014** | | - | | X | X | X | 20.00 |
| Account No. **Unknown** | | | Trade Debt/Inv x-11284, x-11691, x-12415 | | | | |
| **Conrad E. Burns** **Pest Eliminators Inc.,** **3314 Harbor Blvd.,** **Port Charlotte, FL 33952** | | - | | X | X | X | 515.00 |
| Account No. **149263-5** | | | Collection Agency | | | | |
| **CRA Collections** **P. O. Box 2103** **Mechanicsburg, PA 17055** | | - | | X | X | X | 75.00 |

Sheet no. __3__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,210.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **W.B. Home Builders, Inc.**                                      ,     Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **149263-6** | | | | **Collection Agency** | | | | |
| **CRA Collections** **P. O. Box 2103** **Mechanicsburg, PA 17055** | - | | | | X | X | X | 95.00 |
| Account No. **149808-8** | | | | **Collection Agency** | | | | |
| **CRA Collections** **P. O. Box 2103** **Mechanicsburg, PA 17055** | - | | | | X | X | X | 95.00 |
| Account No. **151558-0** | | | | **Collection Agency** | | | | |
| **CRA Collections** **P. O. Box 2103** **Mechanicsburg, PA 17055** | - | | | | X | X | X | 90.00 |
| Account No. **151558-0** | | | | **Collection Agency** | | | | |
| **CRA Collections** **P. O. Box 2103** **Mechanicsburg, PA 17055** | - | | | | X | X | X | 90.00 |
| Account No. **x-6748** | | | | **Bottled Water** | | | | |
| **Crystal Springs** **Post Office Box 660579** **Dallas, TX 75266-0579** | - | | | | X | X | X | 222.00 |

Sheet no. __4__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                 592.00

In re   **W.B. Home Builders, Inc.**          ,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Collection Bureau of America** <br>**P. O. Box 5013** <br>**Hayward, CA 94540** | | | **Representing:** <br>**Crystal Springs** | | | | **Notice Only** |
| Account No. **Unknown** <br><br>**DEX** <br>**P. O. Box 660834** <br>**Dallas, TX 75266** | - | | **Trade Debt/Inv x-9024** | X | X | X | **1,600.00** |
| Account No. **x-9650** <br><br>**Dish Network** <br>**Dept. 0063** <br>**Palatine, IL 60055-0063** | - | | **Satellite** | X | X | X | **120.00** |
| Account No. <br><br>**GC Services** <br>**Limited Partnership** <br>**6330 Gulfton** <br>**Houston, TX 77081** | | | **Representing:** <br>**Dish Network** | | | | **Notice Only** |
| Account No. **unknown** <br><br>**Elite Electrical Contractors** <br>**2229 Unity Ave** <br>**Fort Myers, FL 33901** | - | | **Trade Debt/Inv x-2013, x-3121** | X | X | X | **2,287.00** |

Sheet no. __**5**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

        Subtotal <br>(Total of this page)     **4,007.00**

In re  **W.B. Home Builders, Inc.**                                    ,     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-1564** | | | Phone Service | | | | |
| **Embarq** Post Office Box 96064 Charlotte, NC 28296-0664 | - | | | X | X | X | 306.00 |
| Account No. | | | Representing: Embarq | | | | |
| **Allied Interstate** Post Office Box 361596 Columbus, OH 43236-1596 | | | | | | | Notice Only |
| Account No. **unknown** | | | Trade debt Inv x-4084, x-3765 | | | | |
| **Flesher Windows Inc.** 5592 Lee Street Unit 3 Lehigh Acres, FL 33971 | - | | | X | X | X | 247.00 |
| Account No. **x-0931** | | | VEHICLE SURRENDERED AND SOLD 2006 Ford F150 | | | | |
| **Ford Motor Credit** Attn: Bankruptcy Serv Center P.O. Box 537901 Livonia, MI 48153-7901 | - | | | X | X | X | 17,800.00 |
| Account No. **unknown** | | | Tade Debt/x-0628 | | | | |
| **Garage Doors By Roy North** 2085 Andrea Lane Fort Myers, FL 33912 | - | | | X | X | X | 650.00 |

Sheet no. __6__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **19,003.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re   **W.B. Home Builders, Inc.** _____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x-5220** | | | | **DIRT BIKE SURRENDERED AND SOLD** | | | | |
| **GE Capital/Funancing** Post Office Box 3281 North Fort Myers, FL 33918 | - | | | | X | X | X | 2,491.00 |
| Account No. **x-1111** | | | | Revolving Credit | | | | |
| **GE Money Bank** Post Office Box 981127 El Paso, TX 79998-1127 | - | | | | X | X | X | 5,552.00 |
| Account No. **Unknown** | | | | Trade Debt | | | | |
| **GVM Tile & Marble Inc.,** 2520 Highland Ave Fort Myers, FL 33916 | - | | | | X | X | X | 10,000.00 |
| Account No. **x-7260** | | | | Credit Card Purchases | | | | |
| **HSBC Card Services** Post Office Box 9600 Carol Stream, IL 60128-9600 | - | | | | X | X | X | 2,832.00 |
| Account No. | | | | Representing: HSBC Card Services | | | | |
| **Management Services Inc.** Post Office Box 1099 Langhorne, PA 19047 | | | | | | | | **Notice Only** |

Sheet no. __**7**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **20,875.00**

In re **W.B. Home Builders, Inc.** , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **unknown** <br><br> **Hulk Contruction Services of SW FL 307 Royal Palm Park Rd., Fort Myers, FL 33905** | - | | | | Trade Debt/Inv #001 | X | X | X | 14,710.00 |
| Account No. **unknown** <br><br> **Irrigation Plus P. O. Box 969 Lehigh Acres, FL 33970** | - | | | | Trade Debt/ Inv x-121008, Inv x-111908 Inv x-12508 | X | X | X | 7,000.00 |
| Account No. **unknown** <br><br> **Irrigation Pro, Inc., 234 David Ave Lehigh Acres, FL 33936** | - | | | | Trade Debt/Inv x-2385, x-2383, x-2407 | X | X | X | 4,965.00 |
| Account No. **x-9013** <br><br> **JP Morgan Chase P.O. Box 15153 Wilmington, DE 19850-5153** | - | | | | Credit Card Purchases/Hess | X | X | X | 3,500.00 |
| Account No. **unknown** <br><br> **JVW Construction Clean Up 8364 Mesa Drive Fort Myers, FL 33907** | - | | | | Trade Debt Inv x-4206, x-4209, x-4213, x-4216 | X | X | X | 980.00 |

Sheet no. __8___ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     31,155.00

In re    **W.B. Home Builders, Inc.**               ,      Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unknown** <br><br> **Kevin Berth, C.F.O.** <br> **16121 Lee Road, Ste #110** <br> **Fort Myers, FL 33912** | - | | Trade Debt | X | X | X | 1,500.00 |
| Account No. **7692340000** <br><br> **LCEC** <br> **Post Office Box 31477** <br> **Tampa, FL 33631-3477** | - | | Utilities | X | X | X | 560.00 |
| Account No. **x-1067** <br><br> **Merit Credit Inc.,** <br> **13300-56 So. Cleveland Ave #219** <br> **Fort Myers, FL 33907** | - | | Collection Agency/Blockbuster Video Store(s) | X | X | X | 14.00 |
| Account No. **unknown** <br><br> **R. Lago Corp.** <br> **3905 5th St. W.** <br> **Lehigh Acres, FL 33971** | - | | Trade Debt/Inv x-587, x-591,x-594, x-585, x-592, x-588, x-583, x-590, x-589, x-586, x-593, x-564, x-566, x-541, x-567, x-579, x-577, | X | X | X | 17,500.00 |
| Account No. **unknown** <br><br> **Rialto Contracting Corp** <br> **12244 Treeline Ave Ste 5** <br> **Fort Myers, FL 33913** | - | | Trade Debt/Inv x-1508, x-1452 | X | X | X | 8,835.00 |

Sheet no. __9__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal <br> (Total of this page)      **28,409.00**

In re  **W.B. Home Builders, Inc.**                                          Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **unknown** | | | | Trade Debt/Inv x-2009, x-0174, x-0044 x-0174 | | | | |
| Robert Bowers Accounting P. O. Box 159 Lehigh Acres, FL 33970 | | - | | | X | X | X | |
| | | | | | | | | 300.00 |
| Account No. **unknown** | | | | Trade Debt/Inv x-7693 | | | | |
| Rost Reprographics, Inc., 5580 8th Street West Suite 9 Lehigh Acres, FL 33971 | | - | | | X | X | X | |
| | | | | | | | | 13.00 |
| Account No. **unknown** | | | | Returned checks x-2987, x-1883, x-1924, x-1936, x-1937, x-1943, x- 1881, x-1939, x-1883, x-1896, x-1890, x-1916 | | | | |
| Security Check, LLC P.O. Box 1211 Oxford, MS 38655 | | - | | | X | X | X | |
| | | | | | | | | 1,243.00 |
| Account No. **unknown** | | | | Trade Debt/Inv x-2659 | | | | |
| Sherwin Williams 2131 Andrea Lane Fort Myers, FL 33912 | | - | | | X | X | X | |
| | | | | | | | | 63.00 |
| Account No. **x-9111** | | | | Cell Phone Service | | | | |
| Sprint Post Office Box 4181 Carol Stream, IL 60197-4181 | | - | | | X | X | X | |
| | | | | | | | | 279.00 |

Sheet no. __**10**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,898.00

In re   **W.B. Home Builders, Inc.**         ,       Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**West Asset Management, Inc.,** <br>**3432 Jefferson Ave.,** <br>**Texarkana, AR 71854** | | | Representing: <br>Sprint | | | | **Notice Only** |
| Account No. **Unknown** <br><br>**Stephen & Maryanne McGiffin** <br>**2816 39th St S.W.** <br>**Lehigh Acres, FL 33976** | - | | Trade Debt/Warranty Work | X | X | X | **Unknown** |
| Account No. **unknown** <br><br>**Sun Coast Portable Sanitation, Inc.,** <br>**8999 High Cotton Lane Ste 3** <br>**Fort Myers, FL 33905** | - | | Trade Debt/Inv x-3461, x-4070 | X | X | X | **262.00** |
| Account No. **unknown** <br><br>**The Sherwin-Williams Co.** <br>**2600 Nothbrook Plaza Dr.** <br>**Naples, FL 34119** | - | | Trade Debt/in x-9408 | X | X | X | **63.00** |
| Account No. **unknown** <br><br>**The Water Guyz, Inc., 2** <br>**P. O. Box 591** <br>**Lehigh Acres, FL 33970** | - | | Trade Debt/Inv x-2567, x-2708 | X | X | X | **120.00** |

Sheet no. __11__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br>(Total of this page)    **445.00**

In re **W.B. Home Builders, Inc.** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **unknown** <br><br> **Thomas A. Del Nay, P.E.** <br> **Air Conditioning-Plumbing** <br> **18081 River Chase Ct.** <br> **Alva, FL 33920** | - | | | | **Trade Debt** <br> **Inv x-08-600-17, x-08-100-21, x-08-600-17** | X | X | X | 600.00 |
| Account No. **unknown** <br><br> **Tiger Tranz** <br> **5330 Ringgold Rd Ste A** <br> **Chattanooga, TN 37412** | - | | | | **Trade Debt/ x-1949, x-1869, x-1951, x-1866,** <br> **x-1954, x-1860, x-1864, x-1947** | X | X | X | 1,004.00 |
| Account No. **unknown** <br><br> **Total Comfort Installations** <br> **16071 Pinto Road** <br> **North Fort Myers, FL 33903** | - | | | | **Trade Debt/** <br> **Job # x-7546H, Inv x-2404** <br> **Job # x-7116H, Inv x-1970** <br> **Job # x-7117Q, Inv x-1969** <br> **Job # x-7113B, Inv x-2015** <br> **Job # x-7000K, Inv x-2177** | X | X | X | 1,749.00 |
| Account No. **unknown** <br><br> **TRI City Installations** <br> **16071 Pinto Road** <br> **North Fort Myers, FL 33903** | - | | | | **Trade Debt/** <br> **Job # x-7024F, Inv x-1930** <br> **Job # x-6769K, Inv x-1955** <br> **Job # x-7004B, Inv x-1893** | X | X | X | 10,552.00 |
| Account No. **x-2713** <br><br> **US Bank** <br> **Attention Bankruptcy Div** <br> **Post Office Box 5229** <br> **Cincinnati, OH 45201** | - | | | | **Credit Card Purchases** | X | X | X | 53.00 |

Sheet no. __12__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,958.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re  **W.B. Home Builders, Inc.** _____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. **Unknown** | | | | Trade Debt | | | | |
| **White Corp.** **Construction Supply** **501 W. Chruch St** **Orlando, FL 32805** | - | | | | X | X | X | **977.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __**13**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
| --- | --- | --- |
| | Subtotal (Total of this page) | **977.00** |
| | Total (Report on Summary of Schedules) | **151,718.00** |

In re   **W.B. Home Builders, Inc.**     ,     Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **W.B. Home Builders, Inc.**        ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**  _____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida-Fort Myers Division

In re __W.B. Home Builders, Inc.__      Case No. _____

                                   Debtor(s)      Chapter     __7__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Owner/President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __26__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __January 14, 2010__          Signature    **/s/ William H. Berry, Jr.**
                                                             **William H. Berry, Jr.**
                                                             **Owner/President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida-Fort Myers Division

In re    **W.B. Home Builders, Inc.**           Case No. _____

                          Debtor(s)           Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$57,125.00** | **2009 Gross Wages (approximate)** |
| **$0.00** | **2008 Gross Wages: -$304,157.00** |
| **$47,807.00** | **2007 Gross Wages** |

**2. Income other than from employment or operation of business**

None
■
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■
*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■
b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■
c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **National City Mortgage, A Division of National City Bank v. William Berry, et al. Case No. 09-CA-056941** | **Foreclosure** | **Lee County Lee County, Florida** | **Final Judgment Pending** |
| **Florida Community Bank v. WB Home Builders, Inc., William H. Berry, Jr., et al. Case No. 09-68543CA** | **Foreclosure** | **Lee County Lee County, FL** | **Final Judgment Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Busey Bank, N.A.**<br>**v.**<br>**WB Home Builders, Inc.,**<br>**William H. Berry, Jr., et al.**<br>**Case No. 09-63909CA** | **Foreclosure** | **Lee County**<br>**Lee County, FL** | **Final Judgment Pending** |
| **WB Construction Co., Inc.**<br>**v.**<br>**Joseph Alexander, et al.**<br>**Case No. 08-7219CC** | **Damages** | **Lee County**<br>**Lee County, FL** | **Sent to Mediation** |
| **Bank of New York Mellon,**<br>**f/k/a**<br>**The Bank of New York**<br>**Indenture Trustee**<br>**on Behalf of the Note**<br>**Holders, CWHEQ**<br>**Revolving Home Equity Loan**<br>**Trust, Series**<br>**2007-A Trust,**<br>**v.**<br>**William H. Berry, Jr., et al.**<br>**Case No. 09-62449CA** | **Foreclosure** | **Lee County**<br>**Lee County, FL** | **Final Judgment Pending** |
| **William H. Berry, Jr.**<br>**v.**<br>**Louise Robinson, a/k/a**<br>**Louise Robertson**<br>**Case No. 08-7154CC** | **Eviction** | **Lee County**<br>**Lee County, FL** | **Judgment Pending** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GE Money Bank**<br>**Post Office Box 960061**<br>**Orlando, FL 32896-0061** | **4/2009** | **DIRT BIKE SURRENDERED AND SOLD**<br>**2008 Suzuki X250K8**<br>**$5,552.00** |
| **Ford Motor Credit**<br>**Attn: Bankruptcy Serv Center**<br>**P.O. Box 537901**<br>**Livonia, MI 48153-7901** | **8/2009** | **VEHICLE SURRENDERED AND SOLD**<br>**2006 Ford F150 pickup**<br>**$17,797.00** |

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Robert L. Vaughn, Esq. 2080 Collier Avenue Fort Myers, FL 33901 | 06/09/09 | $1,000.00 |

### 10. Other transfers

None
☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| Nicole Berry 18465 Tulip Road Fort Myers, FL 33967 | 02/19/2009 | 2005 Ford Mustang 2 Door $1,000.00 |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **unknown** | **7/2008-8/2008** | **OFFICE MACHINERY, EQUIPMENT AND FURNISHINGS** |
| **none** | | **$123,450.00-MONEY USED TO ATTEMPT TO PAY CREDITORS, BILLS AND EXPENSES** |

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Busey Bank, N.A.**<br>**1490 Tamiami Trail**<br>**Pt. Charlotte, FL 33948** | **Carefree Business Acc't x-7165** | **$149.00 01/2009** |

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 559 Bourse Cir.<br>Lehigh Acres, FL 33936 | William H. Berry, Jr. | unknown-2008 |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
□     a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
      ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
      partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
      immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
      within **six years** immediately preceding the commencement of this case.

      *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
      ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
      years** immediately preceding the commencement of this case.

      *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
      ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
      years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **WB Home Builders, Inc.** | **20-1610569** | **18465 Tulip Rd. Fort Myers, FL 33967** | **Home Construction** | **9/2004-6/2009** |

None
■     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

**19. Books, records and financial statements**

None
□     a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
      supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED
**Robert Bowers Accounting**                                 **2004-2009**
**P. O. Box 159**
**Lehigh Acres, FL 33970**

None
■     b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
      of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■     c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
      of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS

None
■     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
      issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

**20. Inventories**

None
■      a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

None
■      b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                                NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
■      a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST              PERCENTAGE OF INTEREST

None
■      b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                          NATURE AND PERCENTAGE
                                                                   OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
■      a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                              ADDRESS                          DATE OF WITHDRAWAL

None
■      b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                          DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■      If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                      DATE AND PURPOSE                 AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR             OF WITHDRAWAL                    OR DESCRIPTION AND
                                                                   VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■      If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                        TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **January 14, 2010**          Signature    **/s/ William H. Berry, Jr.**
                                                       **William H. Berry, Jr.**
                                                       **Owner/President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of Florida-Fort Myers Division

In re    __W.B. Home Builders, Inc.__                           Case No. _____

                                           Debtor(s)       Chapter    __7__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the Owner/President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __January 14, 2010__             __/s/ William H. Berry, Jr.__ _____

                                                __William H. Berry, Jr./Owner/President__
                                                Signer/Title

W.B. Home Builders, Inc.
18465 Tulip Road
Fort Myers, FL 33967

Allied Interstate
Post Office Box 361596
Columbus, OH 43236-1596

Catherine Tuff &
James Riviera
4213 33rd St. SW
Lehigh Acres, FL 33976

Robert L. Vaughn
Robert L. Vaughn, Esq.
2080 Collier Ave
Fort Myers, FL 33901

B & B Cool Air Inc.,
1511 Gretchen Ave, Ste A
Lehigh Acres, FL 33971

CCS Processing Center
P. O. Box 182237
Casselberry, FL 32718

Experian
Post Office Box 2104
Allen, TX 75013

BAC Home Loans Servicing, LP
P. O. Box 660625
Dallas, TX 75266

Certegy Payment Recovery
P. O. Box 30184
Tampa, FL 33630

Equifax
Post Office Box 740241
Atlanta, GA 30374

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

CFH Funding/Capital Temp
P. O. Box 100895
Atlanta, GA 30384

Transunion
Post Office Box 2000
Chester, PA 19022

Bathcrest of SW Florida
522 SW 26th Terrace
Cape Coral, FL 33914

Citibank
Post Office Box 6191
Sioux Falls, SD 57117-6191

Internal Revenue Service
7850 SW 6th Ct.
Mail Stop 5730
Fort Lauderdale, FL 33324

Builders Truss Co.
2800 Hunter Street
Fort Myers, FL 33916

CitiFinancial
c/o Bankruptcy Dept.
P. O. Box 140489
Irving, TX 75014

A Vulcan Materials Co.
South FL Region
P. O. Box 4667
Jacksonville, FL 32201

Busey Bank, N.A.
1490 Tamiami Trail
Pt. Charlotte, FL 33948

Collection Bureau of America
P. O. Box 5013
Hayward, CA 94540

ABC Supply Co. Inc.,
3801 Corporex Park Drive
Tampa, FL 33619

Cape Coral Plumbing, Inc.,
5812 Enterprise Parkway
Fort Myers, FL 33905

Conrad E. Burns
Pest Eliminators Inc.,
3314 Harbor Blvd.,
Port Charlotte, FL 33952

Affordable Septech Services
18841 Durrance Road
North Fort Myers, FL 33917

Capital Business Credit, LLC
1700 Broadway, 19th Floor
New York, NY 10019

Countrywide Bank
P.O. Box 660694
Dallas, TX 75266-0694

Countrywide Home Loans
Post Office Box 5170
Simi Valley, CA 93062-5170

Ford Motor Credit
Attn: Bankruptcy Serv Center
P.O. Box 537901
Livonia, MI 48153-7901

Irrigation Plus
P. O. Box 969
Lehigh Acres, FL 33970

CRA Collections
P. O. Box 2103
Mechanicsburg, PA 17055

Garage Doors By Roy North
2085 Andrea Lane
Fort Myers, FL 33912

Irrigation Pro, Inc.,
234 David Ave
Lehigh Acres, FL 33936

Crystal Springs
Post Office Box 660579
Dallas, TX 75266-0579

GC Services
Limited Partnership
6330 Gulfton
Houston, TX 77081

JP Morgan Chase
P.O. Box 15153
Wilmington, DE 19850-5153

DEX
P. O. Box 660834
Dallas, TX 75266

GE Capital/Funancing
Post Office Box 3281
North Fort Myers, FL 33918

JVW Construction Clean Up
8364 Mesa Drive
Fort Myers, FL 33907

Dish Network
Dept. 0063
Palatine, IL 60055-0063

GE Money Bank
Post Office Box 981127
El Paso, TX 79998-1127

Kevin Berth, C.F.O.
16121 Lee Road, Ste #110
Fort Myers, FL 33912

Elite Electrical Contractors
2229 Unity Ave
Fort Myers, FL 33901

GVM Tile & Marble Inc.,
2520 Highland Ave
Fort Myers, FL 33916

LCEC
Post Office Box 31477
Tampa, FL 33631-3477

Embarq
Post Office Box 96064
Charlotte, NC 28296-0664

HSBC Card Services
Post Office Box 9600
Carol Stream, IL 60128-9600

Lee County Business Tax
P. O. Box 1549
Fort Myers, FL 33902

Flesher Windows Inc.
5592 Lee Street Unit 3
Lehigh Acres, FL 33971

Hulk Contruction
Services of SW FL
307 Royal Palm Park Rd.,
Fort Myers, FL 33905

Lee County Code Enforcement
1825 Hendry St., Bldg 2
Ft. Myers, FL 33901

Florida Community Bank
155 N. Bridge St.
LaBelle, FL 33935-5088

Internal Revenue Service
Centralized Insolvency Oper.
P.O. Box 21126
Philadelphia, PA 19114

Lee County Tax Collector
P.O. Box 1609
Ft. Myers, FL 33902

Management Services Inc.
Post Office Box 1099
Langhorne, PA 19047

Sherwin Williams
2131 Andrea Lane
Fort Myers, FL 33912

Total Comfort Installations
16071 Pinto Road
North Fort Myers, FL 33903

Merit Credit Inc.,
13300-56 So. Cleveland Ave
#219
Fort Myers, FL 33907

Sprint
Post Office Box 4181
Carol Stream, IL 60197-4181

Transworld Systems
Post Office Box 1864
Santa Rosa, CA 95402

National City Mortgage
P.O. Box 533510
Atlanta, GA 30353

STA International
333 Earle Ovington Blvd.
Suite 1025
P.O. Box 707
Uniondale, NY 11553

TRI City Installations
16071 Pinto Road
North Fort Myers, FL 33903

NCO Fiancial Systems Inc
P. O. Box 61247
Dept 64
Virginia Beach, VA 23466

Stephen & Maryanne McGiffin
2816 39th St S.W.
Lehigh Acres, FL 33976

US Bank
Attention Bankruptcy Div
Post Office Box 5229
Cincinnati, OH 45201

R. Lago Corp.
3905 5th St. W.
Lehigh Acres, FL 33971

Sun Coast Portable
Sanitation, Inc.,
8999 High Cotton Lane Ste 3
Fort Myers, FL 33905

West Asset Management, Inc.,
3432 Jefferson Ave.,
Texarkana, AR 71854

Rialto Contracting Corp
12244 Treeline Ave Ste 5
Fort Myers, FL 33913

The Sherwin-Williams Co.
2600 Nothbrook Plaza Dr.
Naples, FL 34119

White Corp.
Construction Supply
501 W. Chruch St
Orlando, FL 32805

Robert Bowers Accounting
P. O. Box 159
Lehigh Acres, FL 33970

The Water Guyz, Inc., 2
P. O. Box 591
Lehigh Acres, FL 33970

Rost Reprographics, Inc.,
5580 8th Street West
Suite 9
Lehigh Acres, FL 33971

Thomas A. Del Nay, P.E.
Air Conditioning-Plumbing
18081 River Chase Ct.
Alva, FL 33920

Security Check, LLC
P.O. Box 1211
Oxford, MS 38655

Tiger Tranz
5330 Ringgold Rd Ste A
Chattanooga, TN 37412

# United States Bankruptcy Court
## Middle District of Florida-Fort Myers Division

In re __W.B. Home Builders, Inc.__        Case No. _____

                                Debtor(s)        Chapter    __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.     Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,000.00 |
| Prior to the filing of this statement I have received | $ | 1,000.00 |
| Balance Due | $ | 0.00 |

2.     The source of the compensation paid to me was:

       ■ Debtor      ☐ Other (specify):

3.     The source of compensation to be paid to me is:

       ■ Debtor      ☐ Other (specify):

4.     ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

       ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

       a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
       b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
       c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
       d.  [Other provisions as needed]
          **No other provisions**

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other contested matter or adversary proceeding; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods. Representation of the debtor(s) in any matter post-discharge and/or post confirmation.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    __January 14, 2010__            **/s/ Robert L. Vaughn** _____
                                             **Robert L. Vaughn 0909858**
                                             **Robert L. Vaughn, Esq.**
                                             **2080 Collier Ave**
                                             **Fort Myers, FL 33901**
                                             **239-936-9393  Fax: 239-936-9237**
                                             **robertlvaughnesq@earthlink.net**

# United States Bankruptcy Court
## Middle District of Florida-Fort Myers Division

In re    __W.B. Home Builders, Inc.__          Case No.         _____

                                                  Debtor(s)         Chapter     **7**       _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __W.B. Home Builders, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


__January 14, 2010__                        **/s/ Robert L. Vaughn**
Date                                     **Robert L. Vaughn 0909858**

                                          Signature of Attorney or Litigant
                                          Counsel for    **W.B. Home Builders, Inc.**
                                          **Robert L. Vaughn, Esq.**

                                          **2080 Collier Ave**
                                          **Fort Myers, FL 33901**
                                          **239-936-9393 Fax:239-936-9237**
                                          **robertlvaughnesq@earthlink.net**